**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER LYNN BEAVERS          *
                                  *
                    Plaintiff     *
                                  *
v.                                *
                                  *          No. 4:16CV00851-SWW
                                  *
LARRY REED, Owner,                *
Reeds Septic Tank Cleaning        *
                                  *
                    Defendant     *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of January, 2017.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE